# EXHIBIT A





# EXHIBIT B



# Heritage of Success

Integrity and customer service – these core values have been the foundation of MRC's success for more than 90 years. By building upon this foundation, MRC Global has become the largest distributor of pipe, valves and fitting products to the energy and industrial sectors. The 2007 merger of McJunkin Corporation and Red Man Pipe & Supply Company created a clear frontrunner in PVF distribution in North America. Since then the MRC family of companies has continued to grow in order to meet the needs of its customers around the world. We remain committed to growing both organically and through selective acquisitions of best-in-class companies with similar cultures. This approach allows us to offer global solutions to our customers while maintaining our local touch.



**2012**
- **MARCH** MRC acquires OneSteel Piping Systems Australia
- **APRIL** MRC begins trading on the NYSE
- **MAY** MRC recognized in FORTUNE 500 ranking & signs industry first global valve contract with Shell

**2011**
- **JUNE** MRC acquires SPF
- **JULY** MRC acquires VSC

**2010**
- **JANUARY** Re-branded company logos to MRC
- **MAY** MRC acquires South Texas Supply
- **AUGUST** MRC acquires Dresser Oil Tools & Supply

**2009**
- **FEBRUARY** MRC opens Houston, Texas headquarters
- **OCTOBER** MRC acquires Transmark Fcx
- **DECEMBER** Andrew Lane appointed Chairman of the Board

**2008**
- **JULY** Purchased remaining 49% interest in Midfield
- **SEPTEMBER** Andrew Lane appointed as President and CEO
- **OCTOBER** McJunkin Red Man acquires LaBarge

**2007**
- **JANUARY** Goldman Sachs Capital Partners makes strategic investment in McJunkin
- **APRIL** McJunkin acquires Midway Tristate
- **OCTOBER** Merger of McJunkin and Red Man

**2005**
- **JUNE** Red Man acquires 51% of Midfield Supply in Canada

**1989**
- **JANUARY** McJunkin merges its Oil & Gas Division with Appalachian Pipe & Supply

**1977**
- **MARCH** Red Man Pipe & Supply Company Founded

**1921**
- **FEBRUARY** McJunkin Corporation Founded

# MRC®

Our Vision is to be the world's premier distribution company of PVF products and services to the energy and industrial markets.

# A PROMISING FUTURE BUILT ON A SUCCESSFUL PAST

MRC is the largest global distributor of pipe, valves, fittings and related products and services to the energy industry. We operate more than 410 global service locations, including key locations in the most active oil and natural gas regions.

# WE SERVE A FUNDAMENTAL GLOBAL NEED

Every day industrialization and urbanization spreads to new areas across the map, resulting in a projected increase in global energy demand of 30% by 2040. This increase drives our customers' business plans. MRC provides products and services to the companies who find, transport, refine and deliver energy to the world. As they commit to supplying the growing need, we have committed to supporting their plans. MRC will continue to serve the energy industry as it develops new ways to meet the world's requirements.



**POSITIVE VALUE FACTOR**

The increasing demand for energy worldwide will fuel MRC's success and growth well into the future.



# FOCUSED ON OUR CORE

MRC has specialized in PVF distribution to the energy industry since 1921. With such a rich history of excellence, our processes and procedures have become best practices for the entire industry. This concentrated expertise has resulted in streamlined operations that enable us to anticipate customer needs and tailor solutions for them anywhere in the world. Our expertise allows our customers to focus on their core business while we focus on ours. Through unwavering quality, industry experience and assured efficiency, we are able to deliver real value to our customers and suppliers at every stage in the supply chain.



**POSITIVE VALUE FACTOR**

90% of MRC's 2011 revenue was generated from the energy industry.

# GLOBAL SUPPLIER OF CHOICE®

MRC connects more than 12,000 customers with 12,000 suppliers through our 410 global locations in 18 countries. We manage more than 150,000 SKUs and specialize in making these products readily available for our customers' requirements. They rely on MRC to connect them with only the best suppliers, and we constantly search the world for qualified and innovative new sources to meet their needs.

**POSITIVE VALUE FACTOR**

MRC's Certified ISO Auditors conduct an average of 40 supplier on-site assessments around the world annually to ensure that the products we distribute meet our customers' specifications.

every detail of the PVF distribution industry. Together we are committed to continued growth and expansion, while maintaining the strong family values on which this company is built.

On behalf of this dedicated team, I would like to thank our employees, suppliers, customers, and now our shareholders for your continued support and confidence in MRC. We have a promising future ahead of us.

Sincerely,



**Andrew R. Lane**
Chairman, President & CEO

### OUR MISSION
We will be the Global Supplier of Choice® in the markets we serve by building strong relationships with our customers and suppliers. We create superior value for our stakeholders by working as a team to efficiently buy, sell and deliver PVF products to the energy and industrial markets.

### OUR VISION
Be the world's premier distribution company of PVF products and services to the energy and industrial markets.





# MRC®
## Global Supplier of Choice®

### MRC® McJunkin Red Man Corporation

Our flagship company was formed in 2007 by the merger of McJunkin Corporation and Red Man Pipe & Supply Company, which included 51% of Midfield Supply, creating an unrivaled leader in the PVF distribution industry.

### MRC® MIDFIELD

Acquired remaining 49% in 2008, Midfield is the largest oilfield supply company in Canada, operating more than 40 locations across the country.

### MRC® Transmark

Acquired in 2009, Transmark is the leading distributor of specialty valves and flow control equipment in the eastern hemisphere. The company operates a network of locations across the United Kingdom, Europe, Middle East, Australia, New Zealand and Southeast Asia.

### MRC® SPF

Acquired in 2011, SPF is the largest distributor of stainless steel piping products in the southern hemisphere. The company is headquartered in Australia and has seven locations in the country, as well as in South Korea, United Kingdom and United Arab Emirates.

### MRC® Piping Systems Australia

Acquired in 2012, Piping Systems Australia formerly operated as OneSteel Piping Systems. This addition made MRC the largest PVF distributor in Australia, adding customers in oil and gas, mining and mineral processing industries.

# EXHIBIT C



Indiana, PA
480 Geesey Road
Indiana, PA 15701-8945
Get Directions | 191 miles

View Map

**Local Sales Rep.:**
P 724-349-6823
F 724-349-5907

Durham, CT
41 Commerce Circle
Durham, CT 06422
Get Directions | 196 miles

View Map

**Local Sales Rep.:**
P 860-349-0008

Bradford, PA
1061 Lafferty Lane
Bradford, PA 16701
Get Directions | 217 miles

View Map

**Local Sales Rep.:**
P 814-368-8145
F 814-368-8189

Pittsburgh, PA
1103 Station Street
Coraopolis, PA 15108
Get Directions | 242 miles

View Map

**Local Sales Rep.:**
P 412-893-1200
F 412-893-1212

Buckhannon, WV
Route 33 West
Buckhannon, WV 26201
Get Directions | 248 miles

View Map

**Local Sales Rep.:**
P 304-472-3565
F 304-472-5803













Copyright © 2013. MRC Global Inc. All Rights Reserved
Legal Notice | Terms and Conditions