# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 29 05:02:45 EST 2012*

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help] [Prev List] [Curr List]
[Next List] [First Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [   ]  OR  [Jump]  to record: [   ]   **Record 1 out of 5**

[TSDR] [ ] [ ]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | MRC |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: machine parts; namely, ball bearings and roller bearings. FIRST USE: 19770701. FIRST USE IN COMMERCE: 19770701 |
| | IC 040. US 100 103 106. G & S: manufacture of anti-friction bearings to the order and specification of others. FIRST USE: 19770701. FIRST USE IN COMMERCE: 19770701 |
| | IC 042. US 100 101. G & S: design, engineering and product consultation in the field of antifriction bearings for others. FIRST USE: 19770701. FIRST USE IN COMMERCE: 19770701 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 78341554 |
| **Filing Date** | December 16, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 8, 2005 |
| **Registration Number** | 3053109 |
| **Registration Date** | January 31, 2006 |
| **Owner** | (REGISTRANT) SKF USA Inc. CORPORATION DELAWARE 890 Forty Foot Road, PO Box 352 Lansdale PENNSYLVANIA 19446 |

| | |
|---|---|
| **Attorney of Record** | Jennifer Fraser |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT G

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Nov 29 05:02:45 EST 2012*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 3 out of 5**

[TSDR] [ ] [ ] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | M-R-C STROM GURNEY SRB BALL BEARINGS |
| **Goods and Services** | IC 042. US 100. G & S: ENGINEERING SERVICE ENCOMPASSING ANTI-FRICTION BEARINGS-NAMELY, DETERMINING, DESIGNING, AND RECOMMENDING THE PROPER BEARINGS REQUIRED FOR SPECIFIC INSTALLATIONS OF VARIOUS TYPES AND SIZES OF SUCH BEARINGS. FIRST USE: 19401200. FIRST USE IN COMMERCE: 19401200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.05.01 - Circular or elliptical seals; Seals, circular or elliptical<br>26.01.21 - Circles that are totally or partially shaded.<br>26.07.01 - Diamonds with plain multiple line border; Diamonds with plain single line border |
| **Serial Number** | 71638039 |
| **Filing Date** | November 28, 1952 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0620549 |
| **Registration Date** | January 31, 1956 |
| **Owner** | (REGISTRANT) MARLIN-ROCKWELL CORPORATION CORPORATION DELAWARE 402 CHANDLER ST. JAMESTOWN NEW YORK<br><br>(LAST LISTED OWNER) SKF USA INC. CORPORATION ASSIGNEE OF DELAWARE 1111 Adams |

| | |
|---|---|
| | Avenue Norristown PENNSYLVANIA 194032403 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0528062;0528064;0539537;AND OTHERS |
| **Disclaimer** | THE WORDS "BALL BEARINGS" ARE DISCLAIMED APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 8(10-YR) 20061015. |
| **Renewal** | 3RD RENEWAL 20061015 |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 4**
  **Serial #:** 71638039       **Filing Dt:** 11/28/1952       **Reg #:** 620549       **Reg. Dt:** 01/31/1956
  **Registrant:** MARLIN-ROCKWELL CORPORATION
  **Mark:** M-R-C STROM GURNEY SRB BALL BEARINGS

**Assignment: 1**
  **Reel/Frame:** 0116/0093       **Received:**       **Recorded:** 08/05/1964       **Pages:** 3
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
  **Assignor:** MARLIN-ROCKWELL CORPORATION       **Exec Dt:** 06/16/1964
                                                  **Entity Type:** CORPORATION
                                                  **Citizenship:** DELAWARE
  **Assignee:** THOMPSON RAMO WOOLDRIDGE INC.       **Entity Type:** CORPORATION
            23555 EUCLID AVE.                     **Citizenship:** OHIO
            EUCLID, OHIO
  **Correspondent:** HILL, SHERMAN, ET AL.
                  1414 MONADNOCK BLDG.
                  53 WEST JACKSON BLVD.
                  CHICAGO, IL 60604

**Assignment: 2**
  **Reel/Frame:** 0128/0251       **Received:**       **Recorded:** 08/10/1965       **Pages:** 1
  **Conveyance:** CHANGE OF NAME 19650430
  **Assignor:** THOMPSON RAMO WOOLDRIDGE INC. INCORPORATED JUNE 17,       **Exec Dt:** 08/06/1965
            1916                                                          **Entity Type:** UNKNOWN
                                                                          **Citizenship:** NONE
  **Assignee:** TRW INC.                          **Entity Type:** UNKNOWN
                                                  **Citizenship:** NONE
  **Correspondent:** HILL, SHERMAN ET AL.
                  53 W. JACKSON BLVD.
                  CHICAGO, IL 60604

**Assignment: 3**
  **Reel/Frame:** 0535/0428       **Received:**       **Recorded:** 08/15/1986       **Pages:** 3
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
  **Assignor:** TRW INC.                          **Exec Dt:** 07/25/1986
                                                  **Entity Type:** CORPORATION
                                                  **Citizenship:** OHIO
  **Assignee:** MRC BEARINGS INC.                 **Entity Type:** CORPORATION
            **Formerly:** FORMERLY M R ACQUISITION CORP.   **Citizenship:** DELAWARE
            1100 FIRST AVENUE
            KING OF PRUSSIA, PENNSYLVANIA 19406
  **Correspondent:** EUGENE E. RENZ, JR.
                  229 NORTH OLIVE ST.
                  MEDIA, PA 19063

**Assignment: 4**
  **Reel/Frame:** 0629/0458       **Received:**       **Recorded:** 12/22/1988       **Pages:** 4
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

| | | | |
|---|---|---|---|
| **Assignor:** | MRC BEARINGS INC. | **Exec Dt:** | 11/30/1988 |
| | | **Entity Type:** | CORPORATION |
| | | **Citizenship:** | DELAWARE |
| **Assignee:** | SKF USA INC. | **Entity Type:** | CORPORATION |
| | 1100 FIRST AVENUE | **Citizenship:** | DELAWARE |
| | KING OF PRUSSIA, PENNSYLVANIA 19406 | | |
| **Correspondent:** | EUGENE E. RENZ, JR., ESQUIRE | | |
| | P.O. BOX 2056 | | |
| | MEDIA, PA 19063-9056 | | |

Search Results as of: 11/29/2012 10:10 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .**HOME** | **INDEX**| **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT**

# EXHIBIT H

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Feb 19 05:02:46 EST 2013*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ ] [ ]  **( Use the "Back" button of the Internet Browser to return to TESS)**

# MRC

| | |
|---|---|
| **Word Mark** | MRC |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: machine parts; namely, ball bearings and roller bearings. FIRST USE: 19770701. FIRST USE IN COMMERCE: 19770701<br><br>IC 040. US 100 103 106. G & S: manufacture of anti-friction bearings to the order and specification of others. FIRST USE: 19770701. FIRST USE IN COMMERCE: 19770701<br><br>IC 041. US 100 101 107. G & S: educational services, namely, arranging and conducting seminars in the field of maintenance of machinery, printed instructional materials, computer software, videos and cd's in the same field distributed in connection therewith<br><br>IC 042. US 100 101. G & S: design, engineering and product consultation in the field of antifriction bearings for others. FIRST USE: 19770701. FIRST USE IN COMMERCE: 19770701 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85850072 |
| **Filing Date** | February 14, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) SKF USA Inc. CORPORATION DELAWARE Corporate Headquarters, N.A. 890 Forty Foot Road, PO Box 352 Lansdale PENNSYLVANIA 19446 |
| **Attorney of Record** | Jennifer Fraser |

| | |
|---|---|
| **Prior Registrations** | 3053109 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT I

