# EXHIBIT J



**MRC**

**Global Supplier of Choice®**

MRC Online Login Page

Tuesday, February 05, 2013

**Please Login**

If you have a User Name and Password, enter them below and click the Login button.

User Name:

Password:

Save Password:

Login

Forgot your password? Click here to have your password sent to your e-mail account.

**Guest**

If you wish to preview the system without registering, click the Guest button.

Guest

Want to register? Click here to get the registration process started.











MRC — Global Home Page
MRC Online Login Page ...

https://catalog.mrcpvf.com/MainFrame.asp?e=homeframe.asp&hp=BT_HOME

MRC
**Global Supplier of Choice**

February 05, 2013
GUEST, MRC Online (GUEST) is buying for 999999996 - Demo
MAIN MENU  |  HELP  |  LOGOFF  |

Home
Search
Library
Manufacturers

## List of Matches

Searching For: SKF

[ Search Within Results ]   [ Reset ]

| Qty | UOM | Stock | McJunkin Red Man Part | Description | Customer Part# | V-SPR# |
|-----|-----|-------|----------------------|-------------|----------------|--------|
| | EA | 0 | 93MI0007 | BEARING TAIL DODGE TYPE IN EIN 1-15/16 IN WITHOUT GREASE SKF SYE115H 2 HOLE PILLOW BLOCK | | |
| | EA | 0 | 93MI0033 | BEARING, BALL, SKF 6203-JEM, SINGLE ROW, OPEN, GOVENOR IN ACID, FAFNIR 203K, | | |
| | EA | 0 | 93MI0035 | BEARING, BALL, SKF 6204-J, SINGLE ROW, O OPEN, MRC 204-S, FAFNIR 204-K, GOVERNOR | | |
| | EA | 0 | 93MI0039 | BEARING, BALL, SKF 6212-2Z/C3, 2 METAL SHIELDS, SINGLE ROW, CONRAD, | | |
| | EA | 0 | 93MI0042 | BEARING, BALL, SKF 6306-ZNBRJ, 1 SHIELD, WITH SNAP RING, SINGLE ROW, FAFNIR 306KDG | | |
| | EA | 0 | 93MI0043 | BEARING, BALL, SKF 6309 2Z NRJ, 2 METAL SHIELDS, WITH SNAP RING, SINGLE ROW, FAFNI | | |
| | EA | 0 | 93MI0100 | BEARING, SKF 7306 BEA/GY, 40 DEGREE ANGLE == NO SUBSTITUTE PER T DUNNING 7/ | | |
| | EA | 0 | 93MI0105 | BEARING, SKF FYR-215 2-15/16 IN, FLANGED | | |
| | EA | 0 | 93MI0429 | BALL BEARING PILLOW BLOCK 2-3/16 IN SHA FT SKF SAF 1613A BEARING 1313K SEALMASTER S | | |
| | EA | 0 | 93PA2767 | BEARING, BALL, RADIAL, INGERSOLL-RAND RE F.#205, SKF #6208J FOR: INGERSOLL-RAND BOILER WATER FEED PUMP, SIZE 2GT, | | |
| | EA | 0 | 93MI0223 | LOCKNUT, FOR BEARING, SKF N-08, CARBON STEEL ONLY | | |
| | EA | 0 | 55P00083 | SKF SAF22517 ROLLER BEARING PILLOW BLOCK | | |
| | EA | 0 | 55P00153 | SKF 6203 2ZJEM SINGLE ROW BALL BEARING | | |
| | EA | 0 | 6107A001 | SKF BEARINGS 7309 BECBM | | |
| | EA | 0 | 93MI0036 | BEARING, BALL, SKF 6205-J, SINGLE ROW, FITS LUBE SHAFT COMP HOUSE | | |

|< < 26 to 40 of 40 (40) [ Cancel ]



MRC

**Global Supplier of Choice**

Home
Search
Library
Manufacturers

February 05, 2013
GUEST, MRC Online (GUEST) is buying for 9999999996 - Demo
MAIN MENU | HELP | LOGOFF |

## Item Detail

Category Flow: All > Bearings & Accessories > Bearing, Rolling Contact

**Product Details**

Supplier:  McJunkin Red Man

Manufacturer
Name:

Manufacturer
Number:

**Additional Details**

Category          Bearing,
Description:      Rolling
                  Contact

Inventory         Each
UOM:

Associated        0000000000
Part#:

Gross             0
Weight:

**Product Highlights**

McJunkin Red Man Part: 93PA0063

Description:
BEARING, SKF 6313 2RS JEM, MRC 313 SZZ, SEALED.

No
Image
Available

## Inventory

| Supplier | Estimated Inv |
|---|---|
| - DAY DELIVERY | 0 |
| CHAS WV-NITRO BLDG 3 - 1 DAY DELIVERY | 0 |
| NITRO WV - 1 DAY DELIVERY | 0 |

|< < 15 of 40 > >|    List of Matches    Cancel

MRC Online Login Page sa - Windows Internet Explorer

https://catalog.mrcpvf.com/MainFrame.asp?b=homeframe.asp&hp=BT_HOME

mrc global portal

File   Edit   View   Favorites   Tools   Help

Favorites   Division of Corporations -...   Initio, WD Extranet   USDC - DE   PACER   WestlawNext   ADP   Deadline Calc   Quest   FedLoan   EdSouth   Relativity   CorrLinks   PNC

MRC Online Login Page sa

# MRC
### Global Supplier of Choice

February 15, 2013
GUEST, MRC Online (GUEST) is buying for 999999996 - Demo

MAIN MENU  |  HELP  |  LOGOFF  |

Shopping Cart Items: 0

Home
Search
Library
Manufacturers

## Item Detail

Category Flow: All -> Bearings & Accessories -> Bearing, Rolling Contact

**Product Details**

| | |
|---|---|
| Supplier: | McJunkin Red Man |
| Manufacturer Name: | - |
| Manufacturer Number: | - |

**Additional Details**

| | |
|---|---|
| Category Description: | Bearing, Rolling Contact |
| Inventory UOM: | Each |
| Associated Part#: | 0000000000 |
| Gross Weight: | |

**Product Highlights**

McJunkin Red Man Part: 55P00124
**Description:**
SKF 6313ZJEM SINGLE ROW BALL BEARING

No
Image
Available

## Inventory

| Supplier | Estimated Inv |
|---|---|
| - DAY DELIVERY | 0 |
| CHAS WV-NITRO BLDG 3 - 1 DAY DELIVERY | 0 |
| NITRO WV - 1 DAY DELIVERY | 0 |

|<   <   18 of 40   >   >|     List of Matches     Cancel



Tuesday, February 05, 2013

# MRC

## Global Supplier of Choice®

MRC Online Login Page

### Please Login

If you have a User Name and Password, enter them below and click the Login button.

User Name:

Password:

Save Password:

**Login**

Forgot your password? Click here to have your password sent to your e-mail account.

### Guest

If you wish to preview the system without registering, click the Guest button.

**Guest**

Want to register? Click here to get the registration process started.



Enter text to begin searching or drill down the categories for a more specific search

Category: All Categories

Part #:

Customer Part #:

V-Spec:

Text

Search

| Categories | Items |
|---|---|
| **All Categories** | |
| Bearings & Accessories | 346 |
| Chemicals | 468 |
| Coatings & Insulation | 887 |
| Drilling/Down Hole | 7138 |
| Electrical | 4379 |
| Environmental | 127 |
| Fasteners | 12793 |
| Filtration | 356 |
| Fire Fighting | 17 |
| Gaskets/Packing/Seals | 12901 |
| Hose/Fittings | 970 |
| Information Technology | 8 |
| Instrumentation | 5838 |
| Laboratory/Medical | 199 |
| Machinery/Mechanical Plant | 816 |
| Marketing | 111 |
| Metal/Iron/Steel | 854 |
| Miscellaneous | 114 |
| Natural Gas | 33 |
| Office Supplies | 1551 |
| Operating Supplies | 1473 |
| Packaging | 112 |
| Petroleum Products | 202 |
| Pipe/Tubing/Fittings/Flanges | 53230 |
| Safety & Fire Fighting | 2381 |
| Transportation/Materials Handling | 431 |
| Valve, Actuators, Traps and Strainers | 23348 |
| Workshop Supplies/Tools | 5284 |
| Construction | 483 |







## List of Matches

**Searching For: MRC**

| Qty | UOM | Stock | McJunkin Red Man Part | Description | Customer Part# | V-SPH |
|-----|-----|-------|------------------------|-------------|----------------|-------|
| | EA | 0 | 93PA0063 | BEARING, SKF 6313 2RS JEM, MRC 313 SZZ, SEALED. | | |
| | EA | 0 | 55P00169 | MRC 5314MG DOUBLE ROW BALL BEARING | | |
| | EA | 0 | 55P00487 | MRC 305S SINGLE ROW BALL BEARING | | |
| | EA | 0 | 93MI0035 | BEARING, BALL, SKF 6204-J, SINGLE ROW, O OPEN, MRC 204-S, FAFNIR 204-K, GOVERNOR | | |
| | EA | 0 | 93MI0074 | BEARING, BALL, SKF-6311-J, SINGLE ROW, OPEN, MRC 3115, FAFNIR 311-K, | | |
| | EA | 0 | 93PA2765 | BEARING, BALL, MEDIUM 1.5748" BORE, 3.54 33" OD X 1-7/16"WIDE DOUBLE ROW, ANGULAR CONTACT, SHIELD BOTH SIDE. MRC 5308MFF | | |

1 to 6 of 6 (6)   Cancel





February 05, 2013
GUEST, MRC Online (GUEST) is buying for 999999996 - Demo
MAIN MENU | HELP | LOGOFF |

# Item Detail

Category Flow: All → Bearings & Accessories → Bearing, Rolling Contact

**Product Details**

Supplier: McJunkin Red Man

Manufacturer Name:

Manufacturer Number:

**Additional Details**

| | |
|---|---|
| Category | Bearing, Rolling Contact |
| Description: | |
| Inventory UOM: | Each |
| Associated Part#: | 0000000000 |
| Gross Weight: | |

**Product Highlights**

McJunkin Red Man Part: 55P00487

Description:

MRC 305S SINGLE ROW BALL BEARING

No
Image
Available

## Inventory

| Supplier | Estimated Inv |
|---|---|
| - DAY DELIVERY | 0 |
| CHAS WV-NITRO BLDG 3 - 1 DAY DELIVERY | 0 |
| NITRO WV - 1 DAY DELIVERY | 0 |

|< < 3 of 6 > >|   List of Matches   Cancel





MRC Online Login Page sa - Windows Internet Explorer

https://catalog.mrcpvf.com/MainFrame.asp?b=homeframe.asp&hp=BT_HOME

MRC Online Login Page sa

**MRC** Global Supplier of Choice

February 05, 2013
GUEST, MRC Online (GUEST) is buying for 999999996 - Demo
MAIN MENU | HELP | LOGOFF |

Home
Search
Library
Manufacturers

Search

Enter text to begin searching or drill down the categories for a more specific search

| Categories | Items |
|---|---|
| All Categories | |
| Bearings & Accessories | 346 |
| Chemicals | 468 |
| Coatings & Insulation | 887 |
| Drilling/Down Hole | 7138 |
| Electrical | 4379 |
| Environmental | 127 |
| Fasteners | 12793 |
| Filtration | 356 |
| Fire Fighting | 17 |
| Gaskets/Packing/Seals | 12901 |
| Hose/Fittings | 970 |
| Information Technology | 8 |
| Instrumentation | 5838 |
| Laboratory/Medical | 199 |
| Machinery/Mechanical Plant | 816 |
| Marketing | 111 |
| Metal/Iron/Steel | 854 |
| Miscellaneous | 114 |
| Natural Gas | 33 |
| Office Supplies | 1551 |
| Operating Supplies | 1473 |
| Packaging | 112 |
| Petroleum Products | 202 |
| Pipe/Tubing/Fittings/Flanges | 53230 |
| Safety & Fire Fighting | 2381 |
| Transportation/Materials Handling | 431 |
| Valve, Actuators, Traps and Strainers | 23348 |
| Workshop Supplies/Tools | 5284 |
| Construction | 483 |

Search Fields

Category: All Categories (*)

Part #:

Customer Part #:

V-Spec:

Text:

Search

Shopping Cart Items: 0

Local intranet | Protected Mode: Off



MRC Online Login Page sa - Windows Internet Explorer

https://catalog.mrcpvf.com/MainFrame.asp?b=homeframe.asp&hp=BT_HOME

MRC Online Login Page sa

MRC
Global Supplier of Choice!

February 05, 2013
GUEST, MRC Online (GUEST) is buying for 999999996 - Demo
MAIN MENU | HELP | LOGOFF |

Home
Search
Library
Manufacturers

Search

Enter text to begin searching or drill down the categories for a more specific search.

Categories

| Items | |
|---|---|
| | All Categories |
| 346 | Bearings & Accessories |
| 192 | Bearing Accessories |
| 2 | Bearing Housings |
| 151 | Bearing, Rolling Contact |
| 1 | Bearing, Sliding Contact (Plain) |
| 468 | Chemicals |
| 887 | Coatings & Insulation |
| 7138 | Drilling/Down Hole |
| 4379 | Electrical |
| 127 | Environmental |
| 12793 | Fasteners |
| 356 | Filtration |
| 17 | Fire Fighting |
| 12901 | Gaskets/Packing/Seals |
| 970 | Hose/Fittings |
| 8 | Information Technology |
| 5838 | Instrumentation |
| 199 | Laboratory/Medical |
| 816 | Machinery/Mechanical Plant |
| 111 | Marketing |
| 854 | Metal/Iron/Steel |
| 114 | Miscellaneous |
| 33 | Natural Gas |
| 1551 | Office Supplies |
| 1473 | Operating Supplies |
| 112 | Packaging |
| 202 | Petroleum Products |
| 53230 | Pipe/Tubing/Fittings/Flanges |
| 2381 | Safety & Fire Fighting |

Search Fields

Category: Bearings & Accessories (BA)

Part #:

Customer Part #:

V-Spec:

Text:

Search

Shopping Cart Items: 0





MRC Online Login Page sa - Windows Internet Explorer

Case 1:13-cv-00250-LPS   Document 1-3   Filed 02/19/13   Page 22 of 69 PageID #: 76

https://catalog.mrcpvf.com/MainFrame.asp?b=homeframe.asp&hp=BT_HOME

mrc global portal

File   Edit   View   Favorites   Tools   Help

Favorites   Division of Corporations -...   Initio, WD Extranet   USDC - DE   PACER   WestlawNext   ADP   Deadline Calc   Quest   FedLoan   EdSouth   Relativity   CorrLinks   PNC

MRC Online Login Page sa

Page ▾   Safety ▾   Tools ▾

**MRC**
**Global Supplier of Choice**

February 15, 2013
**GUEST, MRC Online (GUEST) is buying for 999999996 - Demo**

Shopping Cart Items: 0

MAIN MENU | HELP | LOGOFF |

Home
Search
Library
Manufacturers

## 🖎 Item Detail

Category Flow: All -> Bearings & Accessories -> Bearing, Rolling Contact

| Product Details | |
| --- | --- |
| Supplier: | McJunkin Red Man |
| Manufacturer Name: | - |
| Manufacturer Number: | - |

| Additional Details | |
| --- | --- |
| Category Description: | Bearing, Rolling Contact |
| Inventory UOM: | Each |
| Associated Part#: | 0000000000 |
| Gross Weight: | 0 |

**Product Highlights**
**McJunkin Red Man Part:** 93PA0038
**Description:**
BEARING, CUP (THRUST) 7876, P/N:HH-92671 0 (TIMKEN)20024 WORTHINGTON

No
Image
Available

## Inventory

| Supplier | Estimated Inv |
| --- | --- |
| - DAY DELIVERY | 0 |
| CHAS WV-NITRO BLDG 3 - 1 DAY DELIVERY | 0 |
| NITRO WV - 1 DAY DELIVERY | 0 |

1 of 2  >   >|    **List of Matches**    **Cancel**

Done

Local intranet | Protected Mode: Off    100%



Tuesday, February 05, 2013

# MRC

## Global Supplier of Choice®

### MRC Online Login Page

**Please Login**

If you have a User Name and Password, enter them below and click the Login button.

User Name:

Password:

Save Password:

Login

Forgot your password? Click here to have your password sent to your e-mail account.

**Guest**

If you wish to preview the system without registering, click the Guest button.

Guest

Want to register? Click here to get the registration process started.







Enter text to begin searching or drill down the categories for a more specific search.

Search fields:

Category: Gaskets/Packing/Seals (GP)

Part #:

Customer Part #:

V-Spec:

Text: jensen

Search

| Items |
|---|
| 346 |
| 468 |
| 887 |
| 7138 |
| 4379 |
| 127 |
| 12793 |
| 356 |
| 17 |
| 12901 |
| 12121 |
| 250 |
| 309 |
| 206 |
| 970 |
| 8 |
| 5838 |
| 199 |
| 816 |
| 111 |
| 854 |
| 114 |
| 33 |
| 1551 |
| 1473 |
| 112 |
| 202 |
| 53230 |
| 2381 |

**MRC**
Global Supplier of Choice

February 05, 2013
GUEST, MRC Online (GUEST) is buying for 999999996 - Demo
MAIN MENU | HELP | LOGOFF |

Home
Search
Library
Manufacturers

Search

Categories

- All Categories
  - Bearings & Accessories
  - Chemicals
  - Coatings & Insulation
  - Drilling/Down Hole
  - Electrical
  - Environmental
  - Fasteners
  - Filtration
  - Fire Fighting
  - **Gaskets/Packing/Seals**
    - Gaskets
    - O-Rings/O-Ring Cord
    - Packing
    - Seals
  - Hose/Fittings
  - Information Technology
  - Instrumentation
  - Laboratory/Medical
  - Machinery/Mechanical Plant
  - Marketing
  - Metal/Iron/Steel
  - Miscellaneous
  - Natural Gas
  - Office Supplies
  - Operating Supplies
  - Packaging
  - Petroleum Products
  - Pipe/Tubing/Fittings/Flanges
  - Safety & Fire Fighting



MRC Online Login Page s4 - Windows Internet Explorer

https://catalog.mrcpvf.com/MainFrame.asp?b=homeframe.asp&hp=BT_HOME

MRC - Global Home Pa...    MRC Online Login P....

**MRC**
Global Supplier of Choice®

February 05, 2013
GUEST, MRC Online (GUEST) is buying for 9999999996 - Demo
MAIN MENU | HELP | LOGOFF |

Home
Search
Library
Manufacturers

## List of Matches

Searching For: jensen

Shopping Cart Items: 0

Search Within Results    Reset

| Qty | UOM | Stock | McJunkin Red Man Part | Description | Customer Part# | V_SPEC |
|-----|-----|-------|----------------------|-------------|----------------|--------|
|     | EA  | 0     | 61500855             | JENSEN 25142 GEAR HOUSING COVER GASKET | | |
|     | EA  | 0     | 61500375             | JENSEN 6BE127 MAIN RETAINER PLATE GASKET | | |
|     | EA  | 0     | 61500391             | JENSEN 6B128B INTEGRALEGRALERMEDIATE RETAINER PLATE GASKET | | |
|     | EA  | 0     | 61500804             | JENSEN 25128 1ST STAGE PINION RETAINER PLATE GASKET | | |

1 to 4 of 4 (4)    Cancel



MRC Online Login Page sa - Windows Internet Explorer

https://catalog.mrcpvf.com/MainFrame.asp?bc=homeframe.asp&hp=BT_HOME

Favorites

Espacenet  PACER  ADP  Deadline Calc  FedLoan  EdSouth  CorfLinks  Relativity  WestlawNext  Westlaw  PNC  cifi Citibank  AMEX  USDC - DE

Novak Druce Connolly ...  MRC - Global Home Pa...  MRC Online Login P... ×  jensen - Bing

Shopping Cart Items: 0

**MRC**
Global Supplier of Choice

February 05, 2013
GUEST, MRC Online (GUEST) is buying for 999999996 - Demo
MAIN MENU | HELP | LOGOFF |

Home
Search
Library
Manufacturers

**Item Detail**

Category Flow: All → Gaskets/Packing/Seals → Gaskets → Gasket_Misc

| Product Details | | Product Highlights |
|---|---|---|
| Supplier: | McJunkin Red Man | **McJunkin Red Man Part: 61500855** |
| | | **Description:** |
| Manufacturer Name: | | JENSEN 25142 GEAR HOUSING COVER GASKET |
| Manufacturer Number: | | |

**Additional Details**

| Category Description: | Gasket, Misc |
|---|---|
| Inventory UOM: | Each |
| Associated Part#: | 0000000000 |
| Gross Weight: | 1 |

No
Image
Available

**Inventory**

| Supplier | Estimated Inv |
|---|---|
| - DAY DELIVERY | 0 |
| CHAS WV-NITRO BLDG 3 - 1 DAY DELIVERY | 0 |
| NITRO WV - 1 DAY DELIVERY | 0 |

1 of 4  >  >|       List of Matches       Cancel

# EXHIBIT K



# EXHIBIT L



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 29 05:02:45 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 1 out of 12**

---

TSDR   [          ]   [          ]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# MRC TRANSMARK

| | |
|---|---|
| **Word Mark** | MRC TRANSMARK |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorship services of industrial and energy-related pipes, valves, fittings and valve automation, and specialty-related oil field equipment and supplies. FIRST USE: 20091215. FIRST USE IN COMMERCE: 20091215 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85739225 |
| **Filing Date** | September 26, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) McJunkin Red Man Corporation CORPORATION WEST VIRGINIA 835 Hillcrest Drive Charleston WEST VIRGINIA 25311 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Victoria J. B. Doyle |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

**Indicator**          LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 85739225     **Filing Dt:** 09/26/2012     **Reg #:** NONE     **Reg. Dt:**

**Applicant:** McJunkin Red Man Corporation

**Mark:** MRC TRANSMARK

**Assignment: 1**

**Reel/Frame:** 4898/0174     **Received:** 11/12/2012     **Recorded:** 11/12/2012     **Pages:** 8

**Conveyance:** TRADEMARK SECURITY AGREEMENT

**Assignor:** MCJUNKIN RED MAN CORPORATION     **Exec Dt:** 11/09/2012

    **Entity Type:** CORPORATION

    **Citizenship:** DELAWARE

**Assignee:** U.S. BANK NATIONAL ASSOCIATION, AS COLLATERAL TRUSTEE     **Entity Type:** BANK

214 NORTH TRYON STREET, 26TH FLOOR     **Citizenship:** OHIO

C/O U.S. BANK CORPORATE TRUST SERVICES, CDO TRUST SERVICES

CHARLOTTE, NORTH CAROLINA 28202

**Correspondent:** JOANNA MCCALL

1100 G ST NW, SUITE 420

NATIONAL CORPORATE RESEARCH, LTD.

WASHINGTON, DC 20005

Search Results as of: 11/29/2012 10:12 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Nov 29 05:02:45 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout　Please logout when you are done to release system resources allocated for you.

Start　List At: [　　] OR Jump to record: [　　]　**Record 2 out of 12**

---

TSDR　　[　　]　　[　　]　*( Use the "Back" button of the Internet Browser to return to TESS)*

# MRC

| | |
|---|---|
| **Word Mark** | MRC |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorship services of industrial and energy-related pipes, valves, fittings and valve automation, and specialty-related oil field equipment and supplies. FIRST USE: 20091215. FIRST USE IN COMMERCE: 20091215 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85157380 |
| **Filing Date** | October 20, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 19, 2011 |
| **Registration Number** | 3988990 |
| **International Registration Number** | 1133805 |
| **Registration Date** | July 5, 2011 |
| **Owner** | (REGISTRANT) McJunkin Red Man Corporation CORPORATION WEST VIRGINIA 835 |

Hillcrest Drive Charleston WEST VIRGINIA 25311

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Victoria J. B. Doyle |
| **Prior Registrations** | 3815308;3889672;3889676;3889677 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | *e*Business | *e*Biz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

## Total Assignments: 1

**Serial #:** 85157380     **Filing Dt:** 10/20/2010     **Reg #:** 3988990     **Reg. Dt:** 07/05/2011

**Registrant:** McJunkin Red Man Corporation

**Mark:** MRC

## Assignment: 1

**Reel/Frame:** 4898/0174     **Received:** 11/12/2012     **Recorded:** 11/12/2012     **Pages:** 8

**Conveyance:** TRADEMARK SECURITY AGREEMENT

**Assignor:** MCJUNKIN RED MAN CORPORATION     **Exec Dt:** 11/09/2012

        **Entity Type:** CORPORATION

        **Citizenship:** DELAWARE

**Assignee:** U.S. BANK NATIONAL ASSOCIATION, AS COLLATERAL TRUSTEE     **Entity Type:** BANK

214 NORTH TRYON STREET, 26TH FLOOR     **Citizenship:** OHIO

C/O U.S. BANK CORPORATE TRUST SERVICES, CDO TRUST SERVICES

CHARLOTTE, NORTH CAROLINA 28202

**Correspondent:** JOANNA MCCALL

1100 G ST NW, SUITE 420

NATIONAL CORPORATE RESEARCH, LTD.

WASHINGTON, DC 20005

Search Results as of: 11/29/2012 10:13 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Nov 29 05:02:45 EST 2012*



| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout　Please logout when you are done to release system resources allocated for you.

Start　List At:　　　OR　Jump　to record:　　　**Record 3 out of 12**

---

TSDR　　　　　　　　　　　　　　*( Use the "Back" button of the Internet Browser to return to TESS)*

# MRC | MIDFIELD

| | |
|---|---|
| **Word Mark** | MRC MIDFIELD |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorship services of industrial and energy-related pipes, valves, fittings and valve automation, and specialty-related oil field equipment and supplies. FIRST USE: 20091215. FIRST USE IN COMMERCE: 20091215 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.08 - Band, one (geometric); Bar, one; Line, one; One line, band, bar or angle |
| **Trademark Search Facility Classification Code** | SHAPES-BAR-BANDS Designs with bar, bands or lines SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 85019876 |
| **Filing Date** | April 21, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 28, 2010 |
| **Registration Number** | 3889677 |
| **Registration Date** | December 14, 2010 |
| **Owner** | (REGISTRANT) McJunkin Red Man Corporation CORPORATION WEST VIRGINIA 835 Hillcrest Drive Charleston WEST VIRGINIA 25311 |
| **Assignment** | |

| | |
|---|---|
| **Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Victoria J. B. Doyle |
| **Prior Registrations** | 3815308 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the letters "MRC" followed by a vertical line followed by the word "MIDFIELD". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

## Total Assignments: 1

**Serial #:** 85019876     **Filing Dt:** 04/21/2010     **Reg #:** 3889677     **Reg. Dt:** 12/14/2010

**Registrant:** McJunkin Red Man Corporation

**Mark:** MRC MIDFIELD

## Assignment: 1

**Reel/Frame:** 4898/0174     **Received:** 11/12/2012     **Recorded:** 11/12/2012     **Pages:** 8

**Conveyance:** TRADEMARK SECURITY AGREEMENT

**Assignor:** MCJUNKIN RED MAN CORPORATION     **Exec Dt:** 11/09/2012

    **Entity Type:** CORPORATION

    **Citizenship:** DELAWARE

**Assignee:** U.S. BANK NATIONAL ASSOCIATION, AS COLLATERAL TRUSTEE     **Entity Type:** BANK

214 NORTH TRYON STREET, 26TH FLOOR     **Citizenship:** OHIO

C/O U.S. BANK CORPORATE TRUST SERVICES, CDO TRUST SERVICES

CHARLOTTE, NORTH CAROLINA 28202

**Correspondent:** JOANNA MCCALL

1100 G ST NW, SUITE 420

NATIONAL CORPORATE RESEARCH, LTD.

WASHINGTON, DC 20005

Search Results as of: 11/29/2012 10:14 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Nov 29 05:02:45 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:　　　OR   Jump   to record:　　　**Record 4 out of 12**

---

TSDR   　　　　　　　　　   ( Use the "Back" button of the Internet Browser to
return to TESS)



| | |
|---|---|
| **Word Mark** | MRC TRANSMARK |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorship services of industrial and energy-related pipes, valves, fittings and valve automation, and specialty-related oil field equipment and supplies. FIRST USE: 20091215. FIRST USE IN COMMERCE: 20091215 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.15 - Circles, exactly three circles; Three circles<br>26.17.04 - Bands, vertical; Bars, vertical; Lines, vertical; Vertical line(s), band(s) or bar(s) |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE MRC Combination of three or more letters as part of the mark<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-CIRCLE Circle figures or designs including semi-circles and incomplete circles<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 85019851 |
| **Filing Date** | April 21, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 28, 2010 |
| **Registration Number** | 3889676 |
| **International Registration Number** | 1051233 |
| **Registration Date** | December 14, 2010 |

| | |
|---|---|
| **Owner** | (REGISTRANT) McJunkin Red Man Corporation CORPORATION WEST VIRGINIA 835 Hillcrest Drive Charleston WEST VIRGINIA 25311 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Victoria J. B. Doyle |
| **Prior Registrations** | 3815308 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the letters "MRC" followed by a vertical line followed by the word "TRANSMARK" followed by a 3-circle design. The design consists of 3 stacked circles with 1 circle stacked on the remaining 2. 2 lines are placed between the lower circles and point downward. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 85019851      **Filing Dt:** 04/21/2010      **Reg #:** 3889676      **Reg. Dt:** 12/14/2010

**Registrant:** McJunkin Red Man Corporation

**Mark:** MRC TRANSMARK

**Assignment: 1**

**Reel/Frame:** 4898/0174      **Received:** 11/12/2012      **Recorded:** 11/12/2012      **Pages:** 8

**Conveyance:** TRADEMARK SECURITY AGREEMENT

**Assignor:** MCJUNKIN RED MAN CORPORATION      **Exec Dt:** 11/09/2012

     **Entity Type:** CORPORATION

     **Citizenship:** DELAWARE

**Assignee:** U.S. BANK NATIONAL ASSOCIATION, AS COLLATERAL TRUSTEE      **Entity Type:** BANK

214 NORTH TRYON STREET, 26TH FLOOR      **Citizenship:** OHIO

C/O U.S. BANK CORPORATE TRUST SERVICES, CDO TRUST SERVICES

CHARLOTTE, NORTH CAROLINA 28202

**Correspondent:** JOANNA MCCALL

1100 G ST NW, SUITE 420

NATIONAL CORPORATE RESEARCH, LTD.

WASHINGTON, DC 20005

Search Results as of: 11/29/2012 10:14 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Nov 29 05:02:45 EST 2012

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**   Please logout when you are done to release system resources allocated for you.

**Start**  List At: [          ]  OR **Jump** to record: [          ]   **Record 5 out of 12**

---



*( Use the "Back" button of the Internet Browser to return to TESS)*

| Word Mark | MRC MCJUNKIN RED MAN CORPORATION |
|---|---|
| Goods and Services | IC 035. US 100 101 102. G & S: Distributorship services of industrial and energy-related pipes, valves, fittings and valve automation, and specialty-related oil field equipment and supplies. FIRST USE: 20091215. FIRST USE IN COMMERCE: 20091215 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.17.04 - Bands, vertical; Bars, vertical; Lines, vertical; Vertical line(s), band(s) or bar(s) |
| Trademark Search Facility Classification Code | LETTER-3-OR-MORE MRC Combination of three or more letters as part of the mark NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks SHAPES-BAR-BANDS Designs with bar, bands or lines SHAPES-MISC Miscellaneous shaped designs |
| Serial Number | 85019793 |
| Filing Date | April 21, 2010 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 28, 2010 |
| Registration Number | 3889672 |
| Registration Date | December 14, 2010 |
| Owner | (REGISTRANT) McJunkin Red Man Corporation CORPORATION WEST VIRGINIA 835 Hillcrest Drive Charleston WEST VIRGINIA 25311 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Victoria J. B. Doyle |
| **Prior Registrations** | 3691784;3691785;3815308 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CORPORATION" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the letters "MRC" followed by a vertical line followed by the word "MCJUNKIN" on top of the words "RED MAN" on top of the word "CORPORATION". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST
NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 85019793          **Filing Dt:** 04/21/2010          **Reg #:** 3889672          **Reg. Dt:** 12/14/2010

**Registrant:** McJunkin Red Man Corporation

**Mark:** MRC MCJUNKIN RED MAN CORPORATION

**Assignment: 1**

**Reel/Frame:** 4898/0174          **Received:** 11/12/2012          **Recorded:** 11/12/2012          **Pages:** 8

**Conveyance:** TRADEMARK SECURITY AGREEMENT

**Assignor:** MCJUNKIN RED MAN CORPORATION                **Exec Dt:** 11/09/2012

                                                      **Entity Type:** CORPORATION

                                                      **Citizenship:** DELAWARE

**Assignee:** U.S. BANK NATIONAL ASSOCIATION, AS COLLATERAL TRUSTEE     **Entity Type:** BANK

          214 NORTH TRYON STREET, 26TH FLOOR                    **Citizenship:** OHIO

          C/O U.S. BANK CORPORATE TRUST SERVICES, CDO TRUST
          SERVICES

          CHARLOTTE, NORTH CAROLINA 28202

**Correspondent:** JOANNA MCCALL

          1100 G ST NW, SUITE 420

          NATIONAL CORPORATE RESEARCH, LTD.

          WASHINGTON, DC 20005

Search Results as of: 11/29/2012 10:15 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 29 05:02:45 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]  **Record 7 out of 12**

| TSDR | ... | ... |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# MRC MCJUNKIN RED MAN

| | |
|---|---|
| **Word Mark** | MRC MCJUNKIN RED MAN |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorship services of industrial and energy-related pipes, valves, fittings and valve automation, and specialty-related oil field equipment and supplies. FIRST USE: 20091215. FIRST USE IN COMMERCE: 20091215 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE MRC Combination of three or more letters as part of the mark |
| **Serial Number** | 77669593 |
| **Filing Date** | February 12, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 21, 2009 |
| **Registration Number** | 3815308 |
| **Registration** | July 6, 2010 |

| | |
|---|---|
| **Date** | |
| **Owner** | (REGISTRANT) McJunkin Red Man Corporation CORPORATION WEST VIRGINIA 835 Hillcrest Drive Charleston WEST VIRGINIA 25311 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Victoria J. B. Doyle |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 77669593    **Filing Dt:** 02/12/2009    **Reg #:** 3815308    **Reg. Dt:** 07/06/2010

**Registrant:** McJunkin Red Man Corporation

**Mark:** MRC MCJUNKIN RED MAN

**Assignment: 1**

**Reel/Frame:** 4898/0174    **Received:** 11/12/2012    **Recorded:** 11/12/2012    **Pages:** 8

**Conveyance:** TRADEMARK SECURITY AGREEMENT

**Assignor:** MCJUNKIN RED MAN CORPORATION    **Exec Dt:** 11/09/2012

**Entity Type:** CORPORATION

**Citizenship:** DELAWARE

**Assignee:** U.S. BANK NATIONAL ASSOCIATION, AS COLLATERAL TRUSTEE    **Entity Type:** BANK

214 NORTH TRYON STREET, 26TH FLOOR    **Citizenship:** OHIO

C/O U.S. BANK CORPORATE TRUST SERVICES, CDO TRUST SERVICES

CHARLOTTE, NORTH CAROLINA 28202

**Correspondent:** JOANNA MCCALL

1100 G ST NW, SUITE 420

NATIONAL CORPORATE RESEARCH, LTD.

WASHINGTON, DC 20005

Search Results as of: 11/29/2012 10:16 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT M

# Domain Dossier  Investigate domains and IP addresses

domain or IP address    mrcpvf.com

☑ domain whois record    ☑ DNS records    ☐ traceroute

☑ network whois record    ☐ service scan    **go**

user:    anonymous [98.141.140.178]
balance:    49 units
log in | account info

*CentralOps.net*

## Address lookup

canonical name   **mrcpvf.com.**

aliases

addresses   **208.94.146.80**
**208.94.146.81**
**208.94.146.70**
**208.94.146.71**

## Domain Whois record

Queried **whois.internic.net** with "**dom mrcpvf.com**"…

```
Domain Name: MRCPVF.COM
Registrar: GODADDY.COM, LLC
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS10.DNSMADEEASY.COM
Name Server: NS11.DNSMADEEASY.COM
Name Server: NS12.DNSMADEEASY.COM
Name Server: NS13.DNSMADEEASY.COM
Name Server: NS14.DNSMADEEASY.COM
Name Server: NS15.DNSMADEEASY.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 19-jan-2012
Creation Date: 07-may-2009
Expiration Date: 07-may-2013

>>> Last update of whois database: Thu, 31 Jan 2013 17:51:15 UTC <<<
```

Queried **whois.godaddy.com** with "**mrcpvf.com**"…

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: MRCPVF.COM
   Created on: 07-May-09
   Expires on: 07-May-13
   Last Updated on: 19-Jan-12

Registrant:
```

```
McJUnkin Red Man
8023 E. 63rd Place
Ste 800
Tulsa, Oklahoma 74133
United States

Administrative Contact:
    Victor, Craig  craig.victor@mcjunkinredman.com
    McJUnkin Red Man
    8023 E. 63rd Place
    Ste 800
    Tulsa, Oklahoma 74133
    United States
    (918) 461-5323

Technical Contact:
    Victor, Craig  craig.victor@mcjunkinredman.com
    McJUnkin Red Man
    8023 E. 63rd Place
    Ste 800
    Tulsa, Oklahoma 74133
    United States
    (918) 461-5323

Domain servers in listed order:
    NS10.DNSMADEEASY.COM
    NS11.DNSMADEEASY.COM
    NS12.DNSMADEEASY.COM
    NS13.DNSMADEEASY.COM
    NS14.DNSMADEEASY.COM
    NS15.DNSMADEEASY.COM
```

## Network Whois record

Queried **whois.arin.net** with "**n 208.94.146.80**"...

```
NetRange:       208.94.144.0 - 208.94.151.255
CIDR:           208.94.144.0/21
OriginAS:       AS16552
NetName:        TIGGEE
NetHandle:      NET-208-94-144-0-1
Parent:         NET-208-0-0-0-0
NetType:        Direct Allocation
Comment:        http://www.tiggee.com
Comment:        Please report all abuse to abuse@tiggee.net
RegDate:        2008-09-03
Updated:        2012-03-20
Ref:            http://whois.arin.net/rest/net/NET-208-94-144-0-1

OrgName:        Tiggee LLC
OrgId:          TIGGE
Address:        11490 Commerce Park Drive, Suite 140
City:           Reston
StateProv:      VA
PostalCode:     20191
Country:        US
RegDate:        2004-09-09
Updated:        2011-07-27
Ref:            http://whois.arin.net/rest/org/TIGGE

OrgTechHandle: TECH140-ARIN
```

```
OrgTechName:    Tech
OrgTechPhone:   +1-703-935-1598
OrgTechEmail:   tech@tiggee.com
OrgTechRef:     http://whois.arin.net/rest/poc/TECH140-ARIN

OrgAbuseHandle: ABUSE699-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-703-935-1598
OrgAbuseEmail:  abuse@tiggee.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE699-ARIN

RNOCHandle: NOC2652-ARIN
RNOCName:   NOC
RNOCPhone:  +1-703-935-1598
RNOCEmail:  noc@tiggee.com
RNOCRef:    http://whois.arin.net/rest/poc/NOC2652-ARIN

RAbuseHandle: ABUSE699-ARIN
RAbuseName:   Abuse
RAbusePhone:  +1-703-935-1598
RAbuseEmail:  abuse@tiggee.com
RAbuseRef:    http://whois.arin.net/rest/poc/ABUSE699-ARIN

RTechHandle: TECH140-ARIN
RTechName:   Tech
RTechPhone:  +1-703-935-1598
RTechEmail:  tech@tiggee.com
RTechRef:    http://whois.arin.net/rest/poc/TECH140-ARIN
```

## DNS records

| name | class | type | data | | time to live |
|------|-------|------|------|--|---------------|
| mrcpvf.com | IN | A | 208.94.146.80 | | 3600s  (01:00:00) |
| mrcpvf.com | IN | A | 208.94.146.81 | | 3600s  (01:00:00) |
| mrcpvf.com | IN | A | 208.94.146.70 | | 3600s  (01:00:00) |
| mrcpvf.com | IN | A | 208.94.146.71 | | 3600s  (01:00:00) |
| mrcpvf.com | IN | SOA | server: | ns10.dnsmadeeasy.com | 86400s  (1.00:00:00) |
| | | | email: | dns@dnsmadeeasy.com | |
| | | | serial: | 2009010162 | |
| | | | refresh: | 43200 | |
| | | | retry: | 3600 | |
| | | | expire: | 1209600 | |
| | | | minimum ttl: | 180 | |
| mrcpvf.com | IN | NS | ns11.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| mrcpvf.com | IN | NS | ns13.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| mrcpvf.com | IN | NS | ns12.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| mrcpvf.com | IN | NS | ns14.dnsmadeeasy.com | | 86400s  (1.00:00:00) |

| | | | | | |
|---|---|---|---|---|---|
| mrcpvf.com | IN | NS | ns15.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| mrcpvf.com | IN | NS | ns10.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| mrcpvf.com | IN | MX | preference: 10<br>exchange:   cluster5.us.messagelabs.com | 86400s | (1.00:00:00) |
| mrcpvf.com | IN | MX | preference: 20<br>exchange:   cluster5a.us.messagelabs.com | 86400s | (1.00:00:00) |
| 80.146.94.208.in-addr.arpa | IN | PTR | redir80.dnsmadeeasy.com | 1800s | (00:30:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns2.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns4.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns3.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns0.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns1.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | SOA | server:        ns0.dnsmadeeasy.com<br>email:         dns@dnsmadeeasy.com<br>serial:        2008010179<br>refresh:       43200<br>retry:         3600<br>expire:        1209600<br>minimum ttl:  180 | 86400s | (1.00:00:00) |

-- end --
URL for this output  |  return to CentralOps.net, a service of Hexillion

# EXHIBIT N

# Domain Dossier   Investigate domains and IP addresses

domain or IP address   `mrcglobal.com`

☑ domain whois record        ☑ DNS records        ☐ traceroute

☑ network whois record       ☐ service scan       **go**

user:   anonymous [98.141.140.178]
balance:   48 units
log in | account info

*CentralOps.net*

## Address lookup

canonical name   **mrcglobal.com.**

aliases

addresses   **208.94.146.71**
**208.94.146.80**
**208.94.146.81**
**208.94.146.70**

## Domain Whois record

Queried **whois.internic.net** with "**dom mrcglobal.com**"…

```
Domain Name: MRCGLOBAL.COM
Registrar: GODADDY.COM, LLC
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS10.DNSMADEEASY.COM
Name Server: NS11.DNSMADEEASY.COM
Name Server: NS12.DNSMADEEASY.COM
Name Server: NS13.DNSMADEEASY.COM
Name Server: NS14.DNSMADEEASY.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 22-aug-2012
Creation Date: 18-sep-2008
Expiration Date: 18-sep-2018
```

>>> Last update of whois database: Thu, 31 Jan 2013 19:45:59 UTC <<<

Queried **whois.godaddy.com** with "**mrcglobal.com**"…

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: MRCGLOBAL.COM
    Created on: 18-Sep-08
    Expires on: 18-Sep-18
    Last Updated on: 22-Aug-12

Registrant:
McJunkin Red Man Corp.
```

```
         8023 E. 63rd Place
         Ste 800
         Tulsa, Oklahoma 74133
         United States

         Administrative Contact:
             Victor, Craig  craig.victor@mrcpvf.com
             McJunkin Red Man Corp.
             8023 E. 63rd Place
             Ste 800
             Tulsa, Oklahoma 74133
             United States
             +1.9184615323

         Technical Contact:
             Victor, Craig  craig.victor@mrcpvf.com
             McJunkin Red Man Corp.
             8023 E. 63rd Place
             Ste 800
             Tulsa, Oklahoma 74133
             United States
             +1.9184615323

         Domain servers in listed order:
             NS10.DNSMADEEASY.COM
             NS11.DNSMADEEASY.COM
             NS12.DNSMADEEASY.COM
             NS13.DNSMADEEASY.COM
             NS14.DNSMADEEASY.COM
```

## Network Whois record

Queried **whois.arin.net** with "**n 208.94.146.71**"...

```
NetRange:       208.94.144.0 - 208.94.151.255
CIDR:           208.94.144.0/21
OriginAS:       AS16552
NetName:        TIGGEE
NetHandle:      NET-208-94-144-0-1
Parent:         NET-208-0-0-0-0
NetType:        Direct Allocation
Comment:        http://www.tiggee.com
Comment:        Please report all abuse to abuse@tiggee.net
RegDate:        2008-09-03
Updated:        2012-03-20
Ref:            http://whois.arin.net/rest/net/NET-208-94-144-0-1

OrgName:        Tiggee LLC
OrgId:          TIGGE
Address:        11490 Commerce Park Drive, Suite 140
City:           Reston
StateProv:      VA
PostalCode:     20191
Country:        US
RegDate:        2004-09-09
Updated:        2011-07-27
Ref:            http://whois.arin.net/rest/org/TIGGE

OrgAbuseHandle: ABUSE699-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-703-935-1598
```

```
OrgAbuseEmail:   abuse@tiggee.com
OrgAbuseRef:     http://whois.arin.net/rest/poc/ABUSE699-ARIN

OrgTechHandle: TECH140-ARIN
OrgTechName:   Tech
OrgTechPhone:  +1-703-935-1598
OrgTechEmail:  tech@tiggee.com
OrgTechRef:     http://whois.arin.net/rest/poc/TECH140-ARIN

RAbuseHandle: ABUSE699-ARIN
RAbuseName:    Abuse
RAbusePhone:  +1-703-935-1598
RAbuseEmail:   abuse@tiggee.com
RAbuseRef:     http://whois.arin.net/rest/poc/ABUSE699-ARIN

RTechHandle: TECH140-ARIN
RTechName:    Tech
RTechPhone:  +1-703-935-1598
RTechEmail:  tech@tiggee.com
RTechRef:     http://whois.arin.net/rest/poc/TECH140-ARIN

RNOCHandle: NOC2652-ARIN
RNOCName:    NOC
RNOCPhone:  +1-703-935-1598
RNOCEmail:  noc@tiggee.com
RNOCRef:     http://whois.arin.net/rest/poc/NOC2652-ARIN
```

## DNS records

| name | class | type | data | | time to live |
|------|-------|------|------|------|---------------|
| mrcglobal.com | IN | A | 208.94.146.80 | | 3600s  (01:00:00) |
| mrcglobal.com | IN | A | 208.94.146.81 | | 3600s  (01:00:00) |
| mrcglobal.com | IN | A | 208.94.146.70 | | 3600s  (01:00:00) |
| mrcglobal.com | IN | A | 208.94.146.71 | | 3600s  (01:00:00) |
| mrcglobal.com | IN | MX | preference: | 20 | 86400s  (1.00:00:00) |
| | | | exchange: | cluster5a.us.messagelabs.com | |
| mrcglobal.com | IN | MX | preference: | 10 | 86400s  (1.00:00:00) |
| | | | exchange: | cluster5.us.messagelabs.com | |
| mrcglobal.com | IN | SOA | server: | ns10.dnsmadeeasy.com | 86400s  (1.00:00:00) |
| | | | email: | dns@dnsmadeeasy.com | |
| | | | serial: | 2009010131 | |
| | | | refresh: | 43200 | |
| | | | retry: | 3600 | |
| | | | expire: | 1209600 | |
| | | | minimum ttl: | 180 | |
| mrcglobal.com | IN | NS | ns15.dnsmadeeasy.com | | 86400s  (1.00:00:00) |

| | | | | | |
|---|---|---|---|---|---|
| mrcglobal.com | IN | NS | ns13.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| mrcglobal.com | IN | NS | ns14.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| mrcglobal.com | IN | NS | ns11.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| mrcglobal.com | IN | NS | ns10.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| mrcglobal.com | IN | NS | ns12.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 71.146.94.208.in-addr.arpa | IN | PTR | redir71.dnsmadeeasy.com | 1800s | (00:30:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns4.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns2.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns3.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns0.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns1.dnsmadeeasy.com | 86400s | (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | SOA | | 86400s | (1.00:00:00) |

| | |
|---|---|
| server: | ns0.dnsmadeeasy.com |
| email: | dns@dnsmadeeasy.com |
| serial: | 2008010179 |
| refresh: | 43200 |
| retry: | 3600 |
| expire: | 1209600 |
| minimum ttl: | 180 |

-- end --

URL for this output  |  return to CentralOps.net, a service of Hexillion

# EXHIBIT O

# Domain Dossier    Investigate domains and IP addresses

domain or IP address    `mrctransmark.com`

☑ domain whois record        ☑ DNS records        ☐ traceroute

☑ network whois record        ☐ service scan        (go)

user:    anonymous [98.141.140.178]
balance:    48 units
log in | account info

*CentralOps.net*

## Address lookup

canonical name    **mrctransmark.com.**

aliases

addresses    **208.94.146.70**
**208.94.146.71**
**208.94.146.80**
**208.94.146.81**

## Domain Whois record

Queried **whois.internic.net** with "**dom mrctransmark.com**"...

```
Domain Name: MRCTRANSMARK.COM
Registrar: GODADDY.COM, LLC
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS10.DNSMADEEASY.COM
Name Server: NS11.DNSMADEEASY.COM
Name Server: NS12.DNSMADEEASY.COM
Name Server: NS13.DNSMADEEASY.COM
Name Server: NS14.DNSMADEEASY.COM
Name Server: NS15.DNSMADEEASY.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 24-feb-2012
Creation Date: 05-aug-2009
Expiration Date: 05-aug-2019
```

```
>>> Last update of whois database: Thu, 14 Feb 2013 17:27:00 UTC <<<
```

Queried **whois.godaddy.com** with "**mrctransmark.com**"...

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: MRCTRANSMARK.COM
    Created on: 05-Aug-09
    Expires on: 05-Aug-19
    Last Updated on: 24-Feb-12

Registrant:
McJUnkin Red Man
8023 E. 63rd Place
Ste 800
Tulsa, Oklahoma 74133
United States
```

```
Administrative Contact:
    Victor, Craig  craig.victor@mcjunkinredman.com
    McJUnkin Red Man
    8023 E. 63rd Place
    Ste 800
    Tulsa, Oklahoma 74133
    United States
    (918) 461-5323

Technical Contact:
    Victor, Craig  craig.victor@mcjunkinredman.com
    McJUnkin Red Man
    8023 E. 63rd Place
    Ste 800
    Tulsa, Oklahoma 74133
    United States
    (918) 461-5323

Domain servers in listed order:
    NS10.DNSMADEEASY.COM
    NS11.DNSMADEEASY.COM
    NS12.DNSMADEEASY.COM
    NS13.DNSMADEEASY.COM
    NS14.DNSMADEEASY.COM
    NS15.DNSMADEEASY.COM
```

## Network Whois record

Queried **whois.arin.net** with "**n 208.94.146.70**"…

```
NetRange:       208.94.144.0 - 208.94.151.255
CIDR:           208.94.144.0/21
OriginAS:       AS16552
NetName:        TIGGEE
NetHandle:      NET-208-94-144-0-1
Parent:         NET-208-0-0-0-0
NetType:        Direct Allocation
Comment:        http://www.tiggee.com
Comment:        Please report all abuse to abuse@tiggee.net
RegDate:        2008-09-03
Updated:        2012-03-20
Ref:            http://whois.arin.net/rest/net/NET-208-94-144-0-1

OrgName:        Tiggee LLC
OrgId:          TIGGE
Address:        11490 Commerce Park Drive, Suite 140
City:           Reston
StateProv:      VA
PostalCode:     20191
Country:        US
RegDate:        2004-09-09
Updated:        2011-07-27
Ref:            http://whois.arin.net/rest/org/TIGGE

OrgAbuseHandle: ABUSE699-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-703-935-1598
OrgAbuseEmail:  abuse@tiggee.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE699-ARIN

OrgTechHandle: TECH140-ARIN
OrgTechName:   Tech
OrgTechPhone:  +1-703-935-1598
OrgTechEmail:  tech@tiggee.com
OrgTechRef:    http://whois.arin.net/rest/poc/TECH140-ARIN

RAbuseHandle: ABUSE699-ARIN
```

```
RAbuseName:    Abuse
RAbusePhone:  +1-703-935-1598
RAbuseEmail:  abuse@tiggee.com
RAbuseRef:    http://whois.arin.net/rest/poc/ABUSE699-ARIN

RTechHandle: TECH140-ARIN
RTechName:    Tech
RTechPhone:  +1-703-935-1598
RTechEmail:  tech@tiggee.com
RTechRef:    http://whois.arin.net/rest/poc/TECH140-ARIN

RNOCHandle: NOC2652-ARIN
RNOCName:    NOC
RNOCPhone:  +1-703-935-1598
RNOCEmail:  noc@tiggee.com
RNOCRef:    http://whois.arin.net/rest/poc/NOC2652-ARIN
```

## DNS records

| name | class | type | data | | time to live |
|------|-------|------|------|---|---------------|
| mrctransmark.com | IN | A | 208.94.146.71 | | 3600s (01:00:00) |
| mrctransmark.com | IN | A | 208.94.146.81 | | 3600s (01:00:00) |
| mrctransmark.com | IN | A | 208.94.146.70 | | 3600s (01:00:00) |
| mrctransmark.com | IN | A | 208.94.146.80 | | 3600s (01:00:00) |
| mrctransmark.com | IN | MX | preference: 20 | | 86400s (1.00:00:00) |
| | | | exchange: cluster5a.us.messagelabs.com | | |
| mrctransmark.com | IN | MX | preference: 10 | | 86400s (1.00:00:00) |
| | | | exchange: cluster5.us.messagelabs.com | | |
| mrctransmark.com | IN | NS | ns12.dnsmadeeasy.com | | 86400s (1.00:00:00) |
| mrctransmark.com | IN | NS | ns10.dnsmadeeasy.com | | 86400s (1.00:00:00) |
| mrctransmark.com | IN | NS | ns13.dnsmadeeasy.com | | 86400s (1.00:00:00) |
| mrctransmark.com | IN | NS | ns11.dnsmadeeasy.com | | 86400s (1.00:00:00) |
| mrctransmark.com | IN | NS | ns15.dnsmadeeasy.com | | 86400s (1.00:00:00) |
| mrctransmark.com | IN | NS | ns14.dnsmadeeasy.com | | 86400s (1.00:00:00) |
| mrctransmark.com | IN | SOA | server: ns10.dnsmadeeasy.com | | 86400s (1.00:00:00) |
| | | | email: dns@dnsmadeeasy.com | | |
| | | | serial: 2009010117 | | |
| | | | refresh: 43200 | | |
| | | | retry: 3600 | | |
| | | | expire: 1209600 | | |
| | | | minimum ttl: 180 | | |
| 70.146.94.208.in-addr.arpa | IN | PTR | redir70.dnsmadeeasy.com | | 1800s (00:30:00) |
| 146.94.208.in-addr.arpa | IN | SOA | server: ns0.dnsmadeeasy.com | | 86400s (1.00:00:00) |
| | | | email: dns@dnsmadeeasy.com | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | serial: | 2008010179 | |
| | | | refresh: | 43200 | |
| | | | retry: | 3600 | |
| | | | expire: | 1209600 | |
| | | | minimum ttl: | 180 | |
| 146.94.208.in-addr.arpa | IN | RRSIG | type covered: | NSEC (47) | 10800s  (03:00:00) |
| | | | algorithm: | RSA/SHA-1 (5) | |
| | | | labels: | 5 | |
| | | | original ttl: | 10800 (03:00:00) | |
| | | | signature expiration: | 2013-02-24 01:00:20Z | |
| | | | signature inception: | 2013-02-14 01:00:20Z | |
| | | | key tag: | 12890 | |
| | | | signer's name: | 208.in-addr.arpa | |
| | | | signature: (1024 bits) | `2AB883A523A9ECE3DD9B18139E0B425F`<br>`FB8440CDEE795595636A17D650AE39C7`<br>`3F029BE350F7B5466DCC95E0528B426B`<br>`7B0756A36CB188739D561B3838EF0E4F`<br>`91749A8F149BC82F25C85F808443D121`<br>`8CFF343BCBEBF8DBCA99F0657F6A41E9`<br>`D04235A7788536F0F3BE32139EA426E5`<br>`BD6334F6D0FA6C5F59998009A0C53A8E` | |
| 146.94.208.in-addr.arpa | IN | NSEC | next domain name: | 147.94.208.in-addr.arpa | 10800s  (03:00:00) |
| | | | record types: | NS RRSIG NSEC | |
| 146.94.208.in-addr.arpa | IN | NS | ns1.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns2.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns0.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns4.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| 146.94.208.in-addr.arpa | IN | NS | ns3.dnsmadeeasy.com | | 86400s  (1.00:00:00) |

-- end --

URL for this output  |  return to CentralOps.net, a service of Hexillion

# EXHIBIT P

# Domain Dossier   Investigate domains and IP addresses

domain or IP address    mrcmidfield.com

☑ domain whois record      ☑ DNS records      ☐ traceroute

☑ network whois record    ☐ service scan      (go)

user: anonymous [98.141.140.178]
balance:  47 units
log in | account info

*CentralOps.net*

## Address lookup

## Domain Whois record

Queried **whois.internic.net** with "**dom mrcmidfield.com**"…

```
   Domain Name: MRCMIDFIELD.COM
   Registrar: TUCOWS DOMAINS INC.
   Whois Server: whois.tucows.com
   Referral URL: http://domainhelp.opensrs.net
   Name Server: NS10.DNSMADEEASY.COM
   Name Server: NS11.DNSMADEEASY.COM
   Status: ok
   Updated Date: 27-feb-2012
   Creation Date: 06-may-2009
   Expiration Date: 06-may-2019

>>> Last update of whois database: Thu, 14 Feb 2013 18:50:41 UTC <<<
```

Queried **whois.tucows.com** with "**mrcmidfield.com**"…

```
Registrant:
 Midfeild Supply ULC
 1600 101-6 Ave SW
 Calgary, AB T2P3P4
 CA

 Domain name: MRCMIDFIELD.COM

 Administrative Contact:
    Dharsee, Jameel  Jameel.Dharsee@mrcmidfield.com
    1600 101-6 Ave SW
    Calgary, AB T2P3P4
    CA
    +1.4032663449
 Technical Contact:
    Dharsee, Jameel  Jameel.Dharsee@mrcmidfield.com
    1600 101-6 Ave SW
    Calgary, AB T2P3P4
    CA
```

```
      +1.4032663449


  Registration Service Provider:
      TELUS Shared Hosting, domainadmin@telushosting.com
      1-866-292-8144
      http://www.telushosting.com
      --
      Please contact us for domain renewals, updates, name server changes and
      any other inquiries regarding this domain.


  Registrar of Record: TUCOWS, INC.
  Record last updated on 27-Feb-2012.
  Record expires on 06-May-2019.
  Record created on 06-May-2009.

  Registrar Domain Name Help Center:
      http://tucowsdomains.com

  Domain servers in listed order:
      NS10.DNSMADEEASY.COM
      NS11.DNSMADEEASY.COM


  Domain status: ok
```

## Network Whois record

Queried **whois.arin.net** with "**n 208.94.146.71**"…

```
NetRange:       208.94.144.0 - 208.94.151.255
CIDR:           208.94.144.0/21
OriginAS:       AS16552
NetName:        TIGGEE
NetHandle:      NET-208-94-144-0-1
Parent:         NET-208-0-0-0-0
NetType:        Direct Allocation
Comment:        http://www.tiggee.com
Comment:        Please report all abuse to abuse@tiggee.net
RegDate:        2008-09-03
Updated:        2012-03-20
Ref:            http://whois.arin.net/rest/net/NET-208-94-144-0-1

OrgName:        Tiggee LLC
OrgId:          TIGGE
Address:        11490 Commerce Park Drive, Suite 140
City:           Reston
StateProv:      VA
PostalCode:     20191
Country:        US
RegDate:        2004-09-09
Updated:        2011-07-27
Ref:            http://whois.arin.net/rest/org/TIGGE

OrgAbuseHandle: ABUSE699-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-703-935-1598
OrgAbuseEmail:  abuse@tiggee.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE699-ARIN

OrgTechHandle: TECH140-ARIN
OrgTechName:   Tech
OrgTechPhone:  +1-703-935-1598
OrgTechEmail:  tech@tiggee.com
OrgTechRef:    http://whois.arin.net/rest/poc/TECH140-ARIN
```

```
RAbuseHandle: ABUSE699-ARIN
RAbuseName:   Abuse
RAbusePhone:  +1-703-935-1598
RAbuseEmail:  abuse@tiggee.com
RAbuseRef:    http://whois.arin.net/rest/poc/ABUSE699-ARIN

RTechHandle: TECH140-ARIN
RTechName:   Tech
RTechPhone:  +1-703-935-1598
RTechEmail:  tech@tiggee.com
RTechRef:    http://whois.arin.net/rest/poc/TECH140-ARIN

RNOCHandle: NOC2652-ARIN
RNOCName:   NOC
RNOCPhone:  +1-703-935-1598
RNOCEmail:  noc@tiggee.com
RNOCRef:    http://whois.arin.net/rest/poc/NOC2652-ARIN
```

## DNS records

| name | class | type | data | | time to live |
|------|-------|------|------|--|---------------|
| mrcmidfield.com | IN | SOA | server: | ns10.dnsmadeeasy.com | 86400s  (1.00:00:00) |
| | | | email: | dns@dnsmadeeasy.com | |
| | | | serial: | 2009010115 | |
| | | | refresh: | 43200 | |
| | | | retry: | 3600 | |
| | | | expire: | 1209600 | |
| | | | minimum ttl: | 180 | |
| mrcmidfield.com | IN | NS | ns13.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| mrcmidfield.com | IN | NS | ns15.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| mrcmidfield.com | IN | NS | ns10.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| mrcmidfield.com | IN | NS | ns14.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| mrcmidfield.com | IN | NS | ns11.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| mrcmidfield.com | IN | NS | ns12.dnsmadeeasy.com | | 86400s  (1.00:00:00) |
| mrcmidfield.com | IN | MX | preference:  10 | | 86400s  (1.00:00:00) |
| | | | exchange:  cluster5.us.messagelabs.com | | |
| mrcmidfield.com | IN | MX | preference:  20 | | 86400s  (1.00:00:00) |
| | | | exchange:  cluster5a.us.messagelabs.com | | |
| mrcmidfield.com | IN | A | 208.94.146.70 | | 3600s  (01:00:00) |
| mrcmidfield.com | IN | A | 208.94.146.71 | | 3600s  (01:00:00) |
| mrcmidfield.com | IN | A | 208.94.146.80 | | 3600s  (01:00:00) |
| mrcmidfield.com | IN | A | 208.94.146.81 | | 3600s  (01:00:00) |
| 71.146.94.208.in-addr.arpa | IN | PTR | redir71.dnsmadeeasy.com | | 1800s  (00:30:00) |
| 146.94.208.in-addr.arpa | IN | SOA | server:  ns0.dnsmadeeasy.com | | 81383s  (22:36:23) |

|  |  |  | email: | dns@dnsmadeeasy.com |  |  |
|---|---|---|---|---|---|---|
|  |  |  | serial: | 2008010179 |  |  |
|  |  |  | refresh: | 43200 |  |  |
|  |  |  | retry: | 3600 |  |  |
|  |  |  | expire: | 1209600 |  |  |
|  |  |  | minimum ttl: | 180 |  |  |
| 146.94.208.in-addr.arpa | IN | RRSIG | type covered: | NSEC (47) | 5783s | (01:36:23) |
|  |  |  | algorithm: | RSA/SHA-1 (5) |  |  |
|  |  |  | labels: | 5 |  |  |
|  |  |  | original ttl: | 10800 (03:00:00) |  |  |
|  |  |  | signature expiration: | 2013-02-24 01:00:20Z |  |  |
|  |  |  | signature inception: | 2013-02-14 01:00:20Z |  |  |
|  |  |  | key tag: | 12890 |  |  |
|  |  |  | signer's name: | 208.in-addr.arpa |  |  |
|  |  |  | signature: (1024 bits) | 2AB883A523A9ECE3DD9B18139E0B425F FB8440CDEE795595636A17D650AE39C7 3F029BE350F7B5466DCC95E0528B426B 7B0756A36CB188739D561B3838EF0E4F 91749A8F149BC82F25C85F808443D121 8CFF343BCBEBF8DBCA99F0657F6A41E9 D04235A7788536F0F3BE32139EA426E5 BD6334F6D0FA6C5F59998009A0C53A8E |  |  |
| 146.94.208.in-addr.arpa | IN | NSEC | next domain name: | 147.94.208.in-addr.arpa | 5783s | (01:36:23) |
|  |  |  | record types: | NS RRSIG NSEC |  |  |
| 146.94.208.in-addr.arpa | IN | NS | ns1.dnsmadeeasy.com |  | 81383s | (22:36:23) |
| 146.94.208.in-addr.arpa | IN | NS | ns2.dnsmadeeasy.com |  | 81383s | (22:36:23) |
| 146.94.208.in-addr.arpa | IN | NS | ns0.dnsmadeeasy.com |  | 81383s | (22:36:23) |
| 146.94.208.in-addr.arpa | IN | NS | ns4.dnsmadeeasy.com |  | 81383s | (22:36:23) |
| 146.94.208.in-addr.arpa | IN | NS | ns3.dnsmadeeasy.com |  | 81383s | (22:36:23) |

-- end --
URL for this output  |  return to CentralOps.net, a service of Hexillion